BK Case — 37124
AP Case: 25-03835

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, **EMBER ALEXIA LEWIS** (name), certify that service of this summons and a copy of the complaint was made __12/26/25__ (date) by:

United States Courts
Southern District of Texas
FILED
JAN 22 2026
Nathan Ochsner, Clerk of Court

- ☑ Mail service: Regular, first class United States mail, postage fully prepaid, addressed to:

    See attached service list. w/ tracking numbers

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __1/２/26__    Signature _____

Print Name:  Ember Lewis

Business Address: _____

Service List

United States Attorney's Office
Attn: Civil Division for U.S. Department of Education
1000 Louisiana
Ste. 2300
Houston, TX 77002

Tracking # 9505-5128-8578-5360-2554-61

Attorney General of the United States
Department of Justice, Room B-103
950 Pennsylvania Ave NW
Washington DC 20530-0001

Tracking # 9505-5128-8578-5360-~~7444~~ 2554-47

United States Department of Education
Attn: General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Tracking # 9505-5128-8578-5360-2554-23

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Tracking # 9505-5128-8578-5360-2553-8

**USPS eReceipt**

From: donotreply@ereceipt.usps.gov
To: EMBER.LEWIS@YAHOO.COM
Date: Friday, December 26, 2025 at 01:52 PM CST



```
AL: US DEBIT
------------------------------------------------

                TO REPORT AN ISSUE
            Visit https://emailus.usps.com

         All hazardous labels/markings on reused
                boxes MUST be completely
         removed/obliterated if they no longer
                 match the contents.

          In a hurry? Self-service kiosks offer
           quick and easy check-out. Any Retail
              Associate can show you how.

              TO FILE AN INSURANCE CLAIM
         Visit https://www.usps.com/help/claims.htm

             PREVIEW YOUR MAIL AND PACKAGES
                  Sign up for FREE at
              https://informeddelivery.usps.com

          All sales final on stamps and postage.
          Refunds for guaranteed services only.
                Thank you for your business.

                     Customer Service
                     1-800-ASK-USPS
                     (1-800-275-8777)
           Agents do not have any additional
         information other than what is provided on
                        USPS.com.

              Tell us about your experience.
          Go to: https://postalexperience.com/pos?mt=9
                  or call 1-800-410-7420.

------------------------------------------------

UFN: 485134-0056
Receipt #: 840-57520022-3-6865205-2
Clerk: 05

Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.
```